1058

[No. 76208-7-I.   Division One.   July 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD SPINKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-1-04239-9, James D. Cayce, J., entered November 15, 2016. *Remanded* by unpublished per curiam opinion.

[No. 48274-6-II.   Division Two.   July 18, 2017.]

*In the Matter of the Marriage of* BEVERLY DARLENE VAN SANTFORD, *Petitioner*, and HAROLD DAN SHERWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-3-00303-5, William C. Houser, J., entered October 13, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 48278-9-II.   Division Two.   July 18, 2017.]

KENNETH FLYTE, *as Personal Representative*, *Respondent*, v. SUMMIT VIEW CLINIC, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-05556-1, Ronald E. Culpepper, J., entered November 13, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 48623-7-II.   Division Two.   July 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA ANN WING, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00635-1, James W. Lawler, J., entered January 22, 2016. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.